AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Black, Susan H. | U. S. Court of Appeals | 05/06/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge-Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 N Hogan Street<br>Suite 14-150<br>Jacksonville, FL 32202-4258 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Life Ins. Trust (Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Black, Susan H.**

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 05/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Duke University School of Law-appellate practice course | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-employed president of travel agency |
| 2. 2010 | Self-employed real estate broker |
| 3. 2010 | Self-employed owner of limo service |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University | Nov 14-16, 2010 | Durham, NC | Teach | Airfare, hotel |
| 2. | University of Florida | Feb 3, 2010 | Gainesville, FL | Roundtable | Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 05/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage-Parcel 33 (Part VII, line 13) | P1 |
| 2. SunTrust Bank | Mortgage-Parcel 39 (Part VII, line 29) | M |
| 3. Mercantile Bank | Mortgage-Parcel 38 (Part VII, line 18) | N |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Real Estate Parcel 2 Amelia Island, FL | A | Rent | J | W | | | | | |
| 2. | Real Estate Parcel 5 Jacksonville, FL | | None | O | W | | | | | |
| 3. | Real Estate Parcel 10 Jacksonville, FL | C | Rent | J | W | | | | | |
| 4. | Wells Fargo IRA | A | Int./Div. | | | Closed | 01/27/10 | K | | |
| 5. | -Calamos Conv Opportunities & Income Fd | | | | | Sold | 01/21/10 | J | | |
| 6. | -DWS Investment Trust Capital Growth Fd Cl B | | | | | Sold | 01/21/10 | J | | |
| 7. | -Wells Fargo Bank Deposit | | | | | Closed | 01/27/10 | K | | |
| 8. | -Evergreen Equity Tr Asset Allocation Fd Cl C | | | | | Sold | 01/21/10 | K | | |
| 9. | Wells Fargo IRA | | None | J | T | | | | | |
| 10. | -Century Properties Fund XV LP | | | | | | | | | |
| 11. | Real Estate Parcel█ Mars Hill, NC | D | Rent | N | W | | | | | |
| 12. | Real Estate Parcel█ Jacksonville, FL | D | Rent | L | W | | | | | |
| 13. | Real Estate Parcel█ Orange Park, FL | G | Rent | P1 | W | | | | | |
| 14. | Loan-Plumlee | A | Interest | J | U | | | | | |
| 15. | Real Estate Parcel█ Jacksonville, FL | | None | L | W | | | | | |
| 16. | Loan-Smith | | None | | | Closed | 12/31/10 | J | | |
| 17. | SunTrust account | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Real Estate Parcel Jacksonville, FL | E | Rent | O | W | | | | | |
| 19. Loan-S.K. Hong Inc | D | Interest | L | U | Redeemed (part) | 07/16/10 | L | | |
| 20. Loan-Smith 2 | | None | | | Closed | 12/31/10 | J | | |
| 21. Loan-Bragg | | None | | | Closed | 12/31/10 | J | | |
| 22. Loan-Hewett 2 | | None | | | Closed | 12/31/10 | J | | |
| 23. Loan-Norman | | None | | | Closed | 12/31/10 | J | | |
| 24. Loan-Norman 2 | | None | | | Closed | 12/31/10 | J | | |
| 25. Loan-Lab Investments | | None | | | Closed | 12/31/10 | J | | |
| 26. Loan-Forte | D | Interest | L | U | | | | | |
| 27. Compass Bank accounts | A | Interest | J | T | | | | | |
| 28. Mercantile Bank account | A | Interest | J | T | | | | | |
| 29. Real Estate Parcel Jacksonville, FL | | None | M | W | | | | | |
| 30. Mid Atlantic Residential Investors LP | | None | J | W | | | | | |
| 31. Real Estate Parcel Jacksonville, FL | D | Rent | M | W | | | | | |
| 32. Real Estate Parcel Jacksonville, FL | D | Rent | L | W | | | | | |
| 33. Loan-Grumling | | None | | | Closed | 12/31/10 | J | | |
| 34. Loan-Gibson | C | Interest | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Loan-Gibson 2 | A | Interest | K | U | | | | | . |
| 36. Bank of America account | | None | J | T | | | | | |
| 37. Real Estate Parcel▨ Jacksonville, FL | | None | L | W | | | | | |
| 38. Loan-Black 1 | D | Interest | O | U | | | | | |
| 39. Loan-Black 2 | D | Interest | O | U | | | | | |
| 40. Real Estate Parcel▨ Jacksonville, FL | | None | K | W | Buy | 02/16/10 | K | | Rory Pire |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001- $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 05/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I ▨▨▨ Life Insurance Trust - not listed in Part VII, as it is an unfunded trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Susan H. Black**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544